# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134127 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOHN CHARLES DAVID,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134127
COA: 276640
Macomb CC: 00-002587-FH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 21, 2007 order of the Court of Appeals is also considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

s0830

Clerk